```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

MIGUEL ANGEL MORALES,          :
                                    Civil Action No.  08-2767
          Petitioner,          :

          v.                   :   **ORDER**

WARDEN GRONDOLSKY,             :

          Respondent.          :


    For the reasons set forth in the Opinion filed herewith,

IT IS on this     **13th**     day of  **June**                , 2008,

    ORDERED that this Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

    ORDERED that the Clerk of the Court shall open a new civil action and shall docket this Petition as a Complaint received therein; and it is further

    ORDERED that the Clerk of the Court shall docket a copy of this Order and the accompanying Opinion in the newly-opened civil action; and it is further

    ORDERED that the Clerk of the Court shall send Petitioner a blank form Application for leave to proceed in forma pauperis and a blank form Complaint to be used by a prisoner in filing a civil rights complaint; and it is further

    ORDERED that Petitioner may indicate his desire to proceed with his claims in the newly-opened civil action by submitting to the Court, in the newly-opened action, within 30 days after entry

of this Order, (1) an amended complaint and (2) either the $350 filing fee or a complete Application for leave to proceed <u>in forma pauperis</u>, including the required six-months institutional account statement; and it is finally

ORDERED that if Petitioner fails to make such submissions to the Court, to indicate his desire to proceed with his claims in the newly-opened civil action, within 30 days after entry of this Order, this Court shall deem the complaint withdrawn and shall close the newly-filed civil action without prejudice.

                                              **s/ Jerome B. Simandle**
                                              Jerome B. Simandle
                                              United States District Judge